UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-60613-CIV-SMITH

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

CURTIS J. AUGUSTE, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 21]. Upon consideration, it is

    **ORDERED** that:

1. This case is **DISMISSED with prejudice.**

2. All pending motions are **DENIED as moot.**

3. The parties shall bear their own attorney's fees and costs.

4. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of June, 2024.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record